[Civil No. 3998.   Filed October 3, 1938.]

[83 Pac. (2d) 290.]

CITY OF TUCSON, a Municipal Corporation, Appellant, v. JOSEPH B. JUDGE, as County Attorney of Pima County, Arizona, Appellee.

Mr. B. G. Thompson, for Appellant.

Mr. Joseph B. Judge, County Attorney of Pima County, for Appellee.

PER CURIAM.—This case is ruled by the decision in *George Luhrs, Appellant,* v. *City of Phoenix et al., Appellees, ante,* p. 438, 83 Pac. (2d) 283, just decided, it being stipulated by the parties that the cases involve ''the identical point on appeal.''

The judgment is affirmed.

McALISTER, C. J., and ROSS and LOCKWOOD, JJ., concur.